**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Edward D. and Tammy D., Respondents,

v.

Baby Girl B., a minor under the age of 14 years; South Carolina Department of Social Services; and Andrew J.M., Defendants,

Of Whom Andrew J. M. is Appellant.

And,

South Carolina Department of Social Services, Respondent,

v.

Erica S. and Andrew J. M., Defendants,

Of Whom Andrew J.M. is Appellant.

In the Interests of: Baby Girl B. (DOB: 05/15/13), a minor under the age of 14 years,

Intervenors: Eric P. and Sherry P., Respondents.

Appellate Case No. 2014-002333

―――――――――

Appeal from York County
David G. Guyton, Family Court Judge

Memorandum Opinion No. 2015-MO-021
Heard April 21, 2015 – Filed April 23, 2015

**VACATED AND REMANDED**

Melinda Inman Butler, of Butler Law Firm, LLC, of
Union, for Appellant.

Larry Dale Dove, of Dove & Barton, LLC, of Rock Hill,
James Fletcher Thompson, of James Fletcher Thompson,
LLC, of Spartanburg, David E. Simpson, of Rock Hill,
Carl L. Solomon, of Columbia, Erick M. Barbare, of The
Barbare Law Firm, of Greenville, L. Michelle
Dhunjishah and Lindsey A. McCallister, both of
Columbia, all for Respondents.

Krystal L. Orr, of Rock Hill, for Guardian *ad Litem.*

**PER CURIAM:** This is an appeal from an order of the family court. A merits
hearing was held on July 31, 2014; however, the family court's order deciding the
matters raised during that hearing was not issued until October 7, 2014.

On August 8, 2014, Chief Justice Toal issued an administrative order vesting in a
different family court judge the exclusive jurisdiction to "decide all matters
pertaining to these cases, including any pending motions which may have been
raised in prior hearings before another judge." In light of the Chief Justice's
August 8, 2014 administrative order, we are constrained to vacate the October 7,
2014 order of the family court.

**VACATED AND REMANDED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur**